# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DAVID E. COOKE,                         :   No. 35 MM 2016
                                        :
           Petitioner          :
                                        :
                                        :
        v.                       :
                                        :
                                        :
                                        :
EVELYN A. COOKE, THOMAS D.              :
COOKE, JR., AND DUCKY'S BOATS,          :
INC.,                                   :
                                        :
           Respondents         :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of April, 2016, the Petition for Extraordinary Relief is **DENIED**.